UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WALTER CURTIS MOLES,**
**ADC #119166**                                                                            **PLAINTIFF**

**VS.**                **4:16-CV-00710 BRW/JTR**

**RICKY SHROUD,**
**Sheriff of White County, et al.**                                    **DEFENDANTS**

**ORDER**

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

It is therefor ordered that Plaintiff's motion for a temporary restraining order is denied.[1] I certify that an *in forma pauperis* appeal of this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 23rd day of November, 2016.

                                                   /s/ Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Document #14.

[2] 28 U.S.C. § 1915(a)(3).