UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WALTER CURTIS MOLES,**
**ADC #119166**                                                                         **PLAINTIFF**

**VS.**                              **4:16-CV-00710 BRW/JTR**

**RICKY SHOURD,**
**Sheriff of White County,** *et al.*                                          **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

It is therefor ordered that Walter Moles's motion for a preliminary injunction is denied.[1]

I certify that an *in forma pauperis* appeal of this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 4th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 107.

[2] 28 U.S.C. § 1915(a)(3).