IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER CURTIS MOLES, ADC #119166                                    PLAINTIFF

VS.                        4:16-CV-00710-BRW-JTR

RICKY SHOURD,
Sheriff of White County, *et al.*                                  DEFENDANTS

## ORDER

I have reviewed the Recommendation (Doc. No. 181) submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation as set out below:

Defendants' motions for summary judgment (Doc. No. 146, 159) are GRANTED. Moles's inadequate medical care claims against Shourd, Grimes, McCullom, Cox, and Bentley are dismissed with prejudice. Because there are no remaining Defendants, this case is DISMISSED with prejudice.

Plaintiff's Motion to Amend Response (Doc. No. 182) is DENIED as MOOT and the Motion for Sanctions (Doc. No. 185) is DENIED.

IT IS SO ORDERED this 20th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE