IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WALTER CURTIS MOLES, ADC #119166**  **PLAINTIFF**

VS.  4:16-CV-00710-BRW-JTR

**RICKY SHOURD,**
**Sheriff of White County,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED and all relief sought is DENIED.

IT IS SO ORDERED this 20th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE